IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **NATASHA STARK**<br>**2820 Sapphire Street**<br>**College Park, Georgia 30349**<br><br>**Plaintiff,**<br><br>v.<br><br>**ZETA PHI BETA SORORITY, INC.**<br>**1734 New Hampshire Avenue, N.W.**<br>**Washington, DC 20009**<br><br>**Defendant** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | 07-cv-00553-JR |

## AFFIDAVIT OF JIMMY A. BELL, ESQ.

I, Jimmy A. Bell, Esq. of the Law Office of Jimmy A. Bell, P.C., located at 9610 Marlboro Pike, Upper Marlboro, Maryland 20772, being over 18 years of age, state the following:

I am the attorney of record for Plaintiff Natasha Stark in the case of Natasha Stark v. Zeta Phi Beta Sorority, Inc. On July 16, 2007 at 12:22pm, I personally went to the Defendants address (1734 New Hampshire Ave, N.W., Washington, DC 20009) and I personally served Kathy Morgan, who held herself out to be authorized to accept service for Defendant, with a Complaint and Summons in the above-referenced matter.

Under penalty of perjury, I certify that the above statements are true.


_____/s/_____
Jimmy A. Bell, Esq.