IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATASHA STARK,** | : |
| **Plaintiff,** | : |
| v. | : Civil Action No. 07cv00553JR |
| **ZETA PHI BETA SORORITY, INC.** | : |
| **Defendants** | : |
| | : |

## JOINT REPORT OF LOCAL RULE 16.3 CONFERENCE

Pursuant to LCvR 16.3, the parties hereby report to the Court as follows:

1. <u>Case Scheduling</u>: There are no pending motions. However, defendant believes that some of all of the claims in this case may be resolved through a dispositive motion; plaintiff disagrees.

2. <u>Joinder/Amendment/Narrowing</u>: The parties do not anticipate the necessity to join third parties or to amend the pleadings further. Neither party believes that the legal or factual issues can be narrowed at this time.

3. <u>Assignment To Magistrate Judge</u>: The parties do not consent to assignment of this case to a magistrate judge for all purpose.

4. <u>Settlement Possibility</u>: The parties would like this case to be referred to a US. Magistrate judge for mediation.

5. <u>Alternative Dispute Procedures</u>: The parties would like this case to

be referred to a US. Magistrate judge for mediation.

6. <u>Dispositive Motions</u>:  Defendant expects to file a dispositive motion upon the close of discovery in this case.  The parties suggest that any post-discovery dispositive motion should be filed within sixty (60) days after the close of discovery, that any opposition to that motion should be filed within forty-five (45) days of the filing of the dispositive motion, and that any reply to the opposition should be filed within thirty (30) days of the filing of the opposition.

7. <u>Initial Disclosures</u>:  The parties propose that initial disclosures be exchanged by October 1, 2007.

8. <u>Discovery</u>:  The parties propose that discovery be completed by April 30, 2008.  The parties believe that this time is necessary to complete discovery because approximately fifteen (10) individuals were involved in this matter.  Interrogatories, requests for production of documents, and requests for admissions are limited to 25 in number.  The parties are limited to 10 depositions per side with each deposition limited to seven (7) hours. The Defendant does not want the 7 hour limit to apply to the Plaintiff and to the Corporate Representative of the Defendant. The parties anticipate that sensitive personal and/or medical information may be exchanged during the course of discovery in this case.  Thus, the parties will submit an

appropriate protective order for the Court's approval. The parties agree that documents in electronic format will be produced in a form as close a s possible to the original, and that the parties will continue to confer as document production becomes imminent.

9. Experts: The parties propose that plaintiff's expert disclosures be served within forty-five (45) days after the entry of the scheduling order, and that defendant's expert disclosures should be served within sixty (30) days after service of plaintiff's expert disclosures.

10. Class Action Procedures: Not applicable.

11. Bifurcation of Discovery or Trial: The parties do not see any need for bifurcation.

12. Proposed Date For The Pretrial Conference: The parties propose that the scheduling of a pre-trial date should await the outcome of dispositive motions.

13. Trial Date: The parties propose that the pre-trial and trial be scheduled after the outcome of dispositive motions.

14. Other Matters: None.


Respectfully submitted,

_____/s/_____        _____/s/_____
JIMMY A. BELL, Bar # MD14639        **John Carter Lynch**

Law Office of Jimmy A. Bell, Esq.  
9610 Marlboro Pike  
Upper Marlboro, Maryland  
Telephone: 301-599-7620  
Fax: 301-599-7623  
Attorney for Plaintiff

MACLEAY, LYNCH, GREGG & LYNCH, PC  
1629 K Street, NW  
Suite 802  
Washington, DC 20006  
(202) 785-0123  
Fax: (202) 393-3390  
Attorney for Defendant