IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATASHA STARK, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No.: 07cv00553 |
| ZETA PHI BETA SORORITY, INC. | : | |
| Defendants | | |
| | : | |

26(a)(1) INITIAL DISCLOSURES OF DEFENDANT
ZETA PHI BETA SORORITY, INC.

COMES NOW the Defendant, Zeta Phi Beta Sorority, Inc., by and through undersigned counsel, pursuant to Rule 26(a)(1) of this Court, and hereby states as follows:

(A)  Individuals who may have discoverable information:

1. Plaintiff;
2. Barbara C. Moore;
3. Chrislyn Turner;
4. Sheryl Underwood;
5. Myra Reese;
6. Scarlet Black;
7. Members of the Zeta Phi Beta Sorority.

(B)  Documents:

1. Zeta Phi Beta Bylaws;
2. Zeta Phi Beta Constitution;
3. All documents referred to in Plaintiff's Complaint;
4. February 2006 WJLA/ABC 7 broadcast regarding Zeta Phi Beta;
5. March 8, 2007 correspondence in which Ms. Stark requests to be permitted to participate by phone in the Appellate Hearing regarding her

        expulsion;

6.     Robert's Rules of Order;

7.     March 8, 2007 and March 9, 2007 WJLA/ABC7 broadcasts regarding matters pertaining to the expulsion of Ms. Stark from ZPB;

8.     Letter of Expulsion and related documents;

9.     Documents/Correspondence posted on and relating to Plaintiff's personal website.

(C)     <u>Damages</u>

Not applicable.

(D)     <u>Insurance Agreement</u>

Will be supplied upon request.

        MACLEAY, LYNCH, GREGG & LYNCH, P.C.

By:_____/s/_____
        John C. Lynch
        1629 K Street, NW
        Suite 802
        Washington, DC 20006
        (202) 785-0123
        (202) 393-3390 (Fax)
        Attorneys for Defendant

<u>CERTIFICATE OF SERVICE</u>

This is to certify that a copy of the foregoing was delivered, pursuant to the Rules of this Court, on this, the 1st day of October, 2007 to:

Jimmy A. Bell, Esq.
Law Offices of Jimmy Bell
6610 Marlboro Pike
Upper Marlboro, Maryland 20772

_____/s/_____
John C. Lynch