IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATASHA STARK,                          :

      Plaintiff,                        :

v.                                      :        Civil Action No.: 07cv00553
                                                                   Judge James Robertson
ZETA PHI BETA SORORITY, INC.            :        Next Event: Status Conference
                                                                   12/13/07
      Defendants
                                           :

## CONSENT MOTION TO CONTINUE STATUS CONFERENCE

The parties, by and through undersigned counsel, hereby request this Honorable Court continue the status conference presently scheduled for December 13, 2007, and in support thereof, state as follows:

1. This defamation action was filed by Plaintiff on or about March 20, 2007.

2. On or about August 29, 2007, this Court entered a scheduling order in this matter and set a status conference for December 13, 2007.

3. Counsel for the Plaintiff had an unforeseen scheduling conflict and is unavailable for the December 13, 2007 status conference.

4. As of the date of this Motion, only limited discovery has taken place in this matter, and the time and resources of the parties and this Court will be better served by continuing the status conference to a later date.

5. All parties consent to this Motion.

6. A continuance will not prejudice any party or unduly delay the hearing in this matter, and the interests of justice will be served by continuing the December 13, 2007 status conference.

WHEREFORE, for the reasons set forth above, the parties respectfully request that this Motion be granted, that December 13, 2007 status conference in this matter be re-scheduled for later date, and for any other or further relief that this court deems just and proper.

Respectfully submitted,

_____/s/ John Lynch_____
John C. Lynch, Esq.
MACLEAY LYNCH GREGG & LYNCH, PC
1629 K Street, NW
Suite 802
Washington, DC 20006
(202)785-0123 ext. 16
(202)393-3390 (fax)
Counsel for Defendant
Zeta Phi Beta Sorority, Inc.

_____/s/ Jimmy Bell_____
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
(301)599-7620
(301)599-7623(fax)
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATASHA STARK,                                :

      Plaintiff,                              :

v.                                            :        Civil Action No.: 07cv00553
                                                                              Judge James Robertson
ZETA PHI BETA SORORITY, INC.                  :        Next Event: Status Conference
                                                                              12/13/07
      Defendants
                                                       :

## PROPOSED ORDER

UPON CONSIDERATION of the parties Motion to Continue the December 13, 2007 status conference, there being no opposition thereto, it is hereby

ORDERED that the December 13, 2007 status conference in the above matter is cancelled; and it is further

ORDERED that the status conference shall be rescheduled for _____.

SO ORDERED.

                                                                                         _____
                                                                                         Judge James Robertson
                                                                                         United States District Court for the District of Columbia

cc:
John C. Lynch, Esq.
MACLEAY LYNCH GREGG & LYNCH, PC
1629 K Street, NW
Suite 802
Washington, DC 20006

Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772