IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATASHA STARK, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No.: 07cv00553 |
| | | Judge James Robertson |
| ZETA PHI BETA SORORITY, INC. | : | Next Event: Status Conference 1/04/07 |
| Defendants | | |
| | : | |

## CONSENT MOTION TO CONTINUE STATUS CONFERENCE

The parties, by and through undersigned counsel, hereby request this Honorable Court continue the status conference presently scheduled for January 4, 2008, and in support thereof, state as follows:

1. This defamation action was filed by Plaintiff on or about March 20, 2007.

2. On or about August 29, 2007, this Court entered a scheduling order in this matter and set a status conference for December 13, 2007.

3. Due to an unforeseen scheduling conflict on the part of Plaintiff's counsel, the Court re-scheduled the conference for January 4, 2007 at 9:30 a.m.

4. Counsel for the Defendant, John Lynch, has a previously scheduled deposition on that time and date, and will be unavailable for the conference. See Exhibit A, Notice of Deposition in Gilmore v. Singh.

5. All parties consent to this Motion.

6. A continuance will not prejudice any party or unduly delay the hearing in this matter, and the interests of justice will be served by continuing the January 4, 2008 status conference.

WHEREFORE, for the reasons set forth above, the parties respectfully request that this Motion be granted, that January 4, 2008 status conference in this matter be re-scheduled for later date, and for any other or further relief that this court deems just and proper.

Respectfully submitted,

/s/ John Lynch
John C. Lynch, Esq.
MACLEAY LYNCH GREGG & LYNCH, PC
1629 K Street, NW
Suite 802
Washington, DC 20006
(202)785-0123 ext. 16
(202)393-3390 (fax)
Counsel for Defendant
Zeta Phi Beta Sorority, Inc.

CERTIFICATE OF SERVICE

I Hereby Certify that on this 17th day of December, 2007 a copy of the foregoing was provided, pursuant to the Rules of this Court, to the following:

Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772

/s/ John Lynch

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATASHA STARK, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No.: 07cv00553 |
| | | Judge James Robertson |
| ZETA PHI BETA SORORITY, INC. | : | Next Event: Status Conference 12/13/07 |
| Defendants | | |
| | : | |

## PROPOSED ORDER

UPON CONSIDERATION of the parties Motion to Continue the January 4, 2008 conference, there being no opposition thereto, it is hereby

ORDERED that the January 4, 2008 status conference in the above matter is cancelled; and it is further

ORDERED that the status conference shall be rescheduled for _____.

SO ORDERED.

_____
Judge James Robertson
United States District Court for the District of Columbia

cc:
John C. Lynch, Esq.
MACLEAY LYNCH GREGG & LYNCH, PC
1629 K Street, NW
Suite 802
Washington, DC 20006

Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772

# SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## (Civil Division)

| | |
|---|---|
| Astorcia Gilmore, | : |
|     Plaintiff, | : |
| v. | :   Civil Action No. 07-0004346 |
| Simar Jeet Singh, | : |
|     Defendant. | : |
| | : |

## NOTICE OF DEPOSITION

Pursuant to the Rules of this Court, please take notice that on the date and time listed below, we shall, on behalf of the Defendant, take the deposition of the Plaintiff, Astorcia Gilmore, for the purpose of discovery or for use as evidence in the above-entitled cause or for both purposes. This deposition will be held on Friday, January 4, 2008 at 10:00 a.m., in the Law Offices of Macleay, Lynch, Gregg & Lynch, P.C., located at 1629 K Street, NW, Suite 802, Washington, DC 20006.

MACLEAY, LYNCH, GREGG & LYNCH, P.C.

By:

_____/s/John Lynch_____
John C. Lynch, #293639
1629 K Street, N.W.
Suite 802
Washington, DC 20006
(202) 785-0123
(202) 393-3390 (fax)
Counsel for Defendant
Simar Jeet Singh

## CERTIFICATE OF SERVICE

    This is to certify that a copy of the foregoing was mailed, postage prepaid, on December 6, 2007, to:

Brian K. McDaniel, Esquire
McDaniel & Associates, P.A.
1211 Connecticut Avenue
Suite 506
Washington, D.C. 20036

                                            _____/s/John Lynch_____
                                            John C. Lynch