IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATASHA STARK, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No.: 07cv00553 |
| | | Judge James Robertson |
| ZETA PHI BETA SORORITY, INC. | : | |
| Defendants | | |
| | : | |

### CONSENT MOTION TO MODIFY THE SCHEDULEING ORDER AND TO CONTINUE THE SEPTEMBER 23, 2008 TRIAL DATE

COMES NOW the parties, by and through undersigned counsel, pursuant to Fed. R. Civ. Pro. 16, and hereby file this Consent Motion to Modify the Scheduling Order and to Continue the Trial Date, and for reasons state:

1. This breach of contract and defamation action was filed by Plaintiff on or about March 20, 2007.

2. Pursuant the parties' Local Rule 16.3 Joint Report filed with the Court August 27, 2007, discovery in this matter is scheduled to close on or about April 30, 2008.

3. The parties have worked diligently to comply with the discovery deadline. However, despite good faith efforts, due to the complex issues involved in this case discovery remains outstanding between the parties. Additionally, further time is needed to take depositions of the Plaintiff and other essential witnesses.

4. Such discovery is necessary for the parties to investigate this claim, formulate a viable settlement position and, in the event necessary, effectively prepare this case for trial.

5. The parties anticipate an additional ninety (90) days will provide sufficient time in which to complete any remaining discovery.

6. Such extension will allow the appropriate assessment of the claim for litigation and settlement purposes.

7. Additionally, a pre-trial hearing in this matter is scheduled for September 11, 2008 and trial is scheduled for September 23, 2008.

8. Plaintiff has recently discovered that she is pregnant and her anticipated delivery date coincides with the scheduled trial date. Moreover, Plaintiff is a resident of the State of Georgia and forcing her to travel long distances during the anticipated time of her delivery would place an undue burden on the Plaintiff.

9. Accordingly, the parties request that the September 11, 2008 pre-trial hearing and the September 23, 2008 trial date be continued to allow the Plaintiff the appropriate time to recover and prepare for trial.

10. A continuance of the trial date will not prejudice any party or unduly delay the litigation of this case, and the interests of justice will be served by continuing the September 11, 2008 pre-trial hearing and the September 23, 2008 trial date.

11. All parties consent to this Motion and no prejudice will result by the requested modification of the scheduling order and/or continuance.

WHEREFORE, the parties respectfully request the Court modify the scheduling order to allow for an additional ninety (90) days of discovery and to continue the September 11, 2008 pre-trial hearing and the September 23, 2008 trial.

        Respectfully submitted,

        _____/s/ John Lynch_____
        John C. Lynch, Esq.
        MACLEAY LYNCH GREGG & LYNCH, PC
        1629 K Street, NW
        Suite 802
        Washington, DC 20006
        (202)785-0123 ext. 16
        (202)393-3390 (fax)
        Counsel for Defendant
        Zeta Phi Beta Sorority, Inc.

        _____/s/ Jimmy Bell_____
        Jimmy A. Bell, Esq.
        Law Office of Jimmy A. Bell, P.C.
        9610 Marlboro Pike
        Upper Marlboro, MD 20772
        (301)599-7620
        (301)599-7623(fax)
        Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATASHA STARK, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No.: 07cv00553<br>Judge James Robertson |
| ZETA PHI BETA SORORITY, INC. | : | Next Event: Discovery Closes 4/30/08 |
| Defendants | : | |

## ORDER

UPON CONSIDERATION of the parties Motion to Modify the Scheduling Order and Continue the September 23, 2008 trial date, there being no opposition thereto, it is hereby

ORDERED that the time for discovery remain open for an additional ninety (90) days, to close on July 29, 2008; and it is further

ORDERED that the pre-trial hearing presently scheduled for September 11, 2008 and the trial presently scheduled for September 23, 2008 shall be rescheduled for _____ and _____.

SO ORDERED.

_____
Judge James Robertson
United States District Court for the District of Columbia

cc:
John C. Lynch, Esq.
MACLEAY LYNCH GREGG & LYNCH, PC
1629 K Street, NW
Suite 802
Washington, DC 20006

Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772