UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATASHA STARK,                         :
                                       :
        Plaintiff,                     :
                                       :
    v.                                 : Civil Action No. 07-0553 (JR)
                                       :
ZETA PHI BETA SORORITY, INC.,          :
                                       :
        Defendant.                     :

### ORDER

This case was referred to a magistrate judge of this court for mediation on 8/29/07, but the parties never mediated. The docket of the case seems to consist of little except motions for extension of time. The recitation in the parties' latest motion for extension of time, that they have "worked diligently to comply with the discovery deadline," has a hollow ring. That motion, to allow "an additional" 90 days for discovery and to continue the pretrial hearing and trial dates [#11], is **denied.** The Court can accommodate plaintiff's pregnancy by re-setting the trial for a day _earlier_ than September 23. The Clerk is directed to contact counsel and re-set the pretrial conference and trial to any dates convenient for the parties between 6/19/08 and 7/18/08.

                                       JAMES ROBERTSON
                                  United States District Judge