**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATASHA STARK, | : |
| | : |
|     Plaintiff, | : |
| | : |
|   v. | : Civil Action No. 07-0553 (JR) |
| | : |
| ZETA PHI BETA SORORITY, INC., | : |
| | : |
|     Defendant. | : |

**ORDER**

Upon consideration of defendant's motion for limited discovery, etc. [#13], the Clerk is directed to set a status conference as early as practicable. Counsel will be expected to discuss in detail (<u>i.e.</u> dates, hours, description of work done) the work they have done on this case so far.


                                          JAMES ROBERTSON
                            United States District Judge