IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATASHA STARK, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No.: 07cv00553<br>Judge James Robertson |
| ZETA PHI BETA SORORITY, INC. | : | |
| Defendants | | |
| | : | |

## NOTICE

The Court will please note that the Motion filed by the Defendant on August 5, 2008 was inadvertently filed as "Motion for Substitution, Motion for Summary Judgment." The Defendant intended to file a Motion for Summary Judgment only[1] and not a Motion for Substitution. Defendant contacted the civil clerk's office, and the docket has been amended to reflect the correct filing

MACLEAY, LYNCH, GREGG & LYNCH, P.C.

By:

_____/s/John Lynch _____
John C. Lynch
1629 K Street, N.W.
Suite 802
Washington, DC 20006
(202) 785-0123
(202) 393-3390 (fax)
Counsel for Defendant

---

[1] Defendant also separately submitted a Motion For Leave to File which was correctly filed on August 5, 2008, and granted by the Court on August 7, 2008.

1

CERTIFICATE OF SERVICE

       This is to certify that a copy of the foregoing was mailed, postage prepaid, on August 12, 2008 to:

Jimmy A. Bell, Esq.
Law Offices of Jimmy Bell
9610 Marlboro Pike
Upper Marlboro, Maryland 20772


                                                    _____/s/John Lynch_____
                                                    John C. Lynch