IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATASHA STARK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE NO.:07 CV 00553 |
| ) | |
| ZETA PHI BETA SORORITY, INC. ) | |
| ) | |
| Defendant. ) | |

## AFFIDAVIT OF CHRISYLYN TURNER

I, Chrislyn Turner, depose and say as follows:

1. I am above the age of 18 and in all ways competent to provide sworn statements.

2. I am a resident of the State of Georgia.

3. I am an active member of Zeta Phi Beta Sorority. From April 2005 through the present, I have served Zeta Phi Beta Sorority as the Georgia State Director.

4. By letter dated September 27, 2006, members of the Epsilon Zeta Chapter of Zeta Phi Beta Sorority made a formal written complaint to me, in my capacity as Georgia State Director, regarding certain acts committed by the Natasha Stark, that were alleged to be against the interests of the sorority and constituted conduct unbecoming a member of the sorority.

5. Beginning on or about September 30, 2006 through October 6, 2006, I conducted an investigation of the allegations made by members of the Epsilon Zeta Chapter of the Zeta Phi Beta Sorority against Ms. Stark. My investigation included (1) reviewing the complaint letter dated September 27, 2006; (2) reading various documents

and correspondence relating to the alleged conduct of Ms. Stark; and (3) interviewing members of Epsilon Zeta Chapter of Zeta Phi Beta Sorority.

6.  On or about October 6, 2006, I completed by investigation into the complaints made by members of the Epsilon Zeta Chapters of the Zeta Phi Beta Sorority against Ms. Stark. At that time, I concluded that the complaints made against Natasha Stark by members of the Epsilon Zeta Chapter of the Zeta Phi Beta Sorority against Ms. Stark were valid and warranted further scrutiny.

7.  By letter dated October 8, 2006, I advised Ms. Stark of the charges levied against her and of the results of my investigation. Pursuant to my position as Georgia State Director for Zeta Phi Beta Sorority, I further notified Ms. Stark that of the suspension of all her sorority activities pending further investigation. These actions were taken pursuant to, and in full compliance with, the Zeta Phi Beta Sorority Constitution, Bylaws and Handbook, and were within my authority as Georgia State Director for Zeta Phi Beta Sorority.

8.  Pursuant to the Zeta Phi Beta Handbook Grievance/Complaint Investigation Process, I referred this matter, via written correspondence dated October 8, 2005, to the Southeastern Regional Director, Scarlet H. Black for further investigation. These actions were taken pursuant to, and in full compliance with, the Zeta Phi Beta Sorority Constitution, Bylaws and Handbook, and were within my authority as Georgia State Director for Zeta Phi Beta Sorority.

9.  The statements in this affidavit are made on my own personal knowledge.

10. At all relevant times I acted in good faith and with the best interests of the sorority in mind.

11.　　　　I declare under penalty of perjury that the foregoing is true and correct.


[THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

FURTHER AFFIANT SAITH NOT.

This is the 06 day of ~~July~~ August, 2008.

_____
Chrislyn Turner

COUNTY OF Henry

STATE OF GEORGIA

Sworn to and subscribed before me, this the 6th day of August, 2008.

_____
NOTARY PUBLIC

My Commission Expires: DONNA M. ALLEN MY COMMISSION EXPIRES ~~FEBRUARY~~ 23, 2010

4